UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ALBERTA SNEED, | Civil No. 21-394 (JRT/HB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

---

Chase Hedrick, **FIELDS LAW FIRM,** 9999 Wayzata Boulevard, Minnetonka, MN 55305, for plaintiff.

Sara G Janes, **CHITTENDEN, MURDAY & NOVOTNY LLC,** 303 West Madison Street, Suite 2400, Chicago, IL 60606, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 18]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 4, 2021
at Minneapolis, Minnesota.

                                                                                    s/John R. Tunheim
                                                                                   JOHN R. TUNHEIM
                                                                                   Chief Judge
                                                                                   United States District Court