## UNITED STATES DISTRICT COURT
### District of Minnesota

Alberta Sneed,

**JUDGMENT IN A CIVIL CASE**

                      Plaintiff(s),

v.                                                 Case Number:  21-cv-394 (JRT/HB)

Aetna Life Insurance Company,

                      Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 10/5/2021                                                                              KATE M. FOGARTY, CLERK